**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-90-Orl-31DAB**

**CITY OF MELBOURNE and JOHNS**
**EASTERN COMPANY, INC.,**

           **Defendants.**
_____

## ORDER

Plaintiff has filed a Motion to Change Venue (Doc. 10), requesting that this case be transferred to the Jacksonville Division. Defendant opposes this Motion (Doc. 15). Orlando is the appropriate division to hear this case. *See* Local Rule 1.02(c). Accordingly, it is

**ORDERED** that Plaintiff's Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 1, 2006.

                                                GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party