**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

          **Plaintiff,**

-vs-                                                      Case No. 6:06-cv-90-Orl-31DAB

**CITY OF MELBOURNE and JOHNS EASTERN COMPANY, INC.,**

          **Defendants.**

_____

## ORDER

Defendant removed this case to federal court on January 23, 2006 (Doc. 1). The basis of removal was federal question jurisdiction under 28 U.S.C. section 1331 and 1343 by reason of Plaintiff's claim that her federal civil rights had been violated. On January 30, 2006, Plaintiff filed a pleading (styled "motion") in opposition to the removal which the court construes as a motion to remand (Doc. 8). Defendant responded in opposition to this pleading (Doc. 14). In her "motion," Plaintiff puts forth no legal basis to remand this case. This Court has subject matter jurisdiction over Plaintiff's Complaint. Therefore, it is

**ORDERED** that Plaintiff's Motion to remand is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 1, 2006.

                                                                       GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party