**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

                **Plaintiff,**

**-vs-**                                            Case No. 6:06-cv-90-Orl-31DAB

**CITY OF MELBOURNE and JOHNS**
**EASTERN COMPANY, INC.,**

                **Defendants.**

_____

# ORDER

On March 7, 2006, Magistrate Judge Baker entered a Report and Recommendation (Doc. 23), recommending that the Motion to Dismiss Complaint filed by Defendant City of Melbourne (Doc. 7) be granted in part and the Motion to Dismiss Complaint filed by Defendant Johns Eastern Company, Inc. (Doc. 19) be denied as moot. The Plaintiff filed a timely response in opposition (Doc. 24) to the Motion to Dismiss Complaint, which the Court construes as an objection to the Report. Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

    1.    That the Report and Recommendation of the Magistrate Judge is adopted and confirmed;

    2.    The Motion to Dismiss Complaint filed by Defendant City of Melbourne (Doc. 7) is **GRANTED IN PART**. The federal claims alleged in the Complaint are **DISMISSED WITH**

**PREJUDICE**, and the remaining state law claims are **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida.

3. The Motion to Dismiss Complaint filed by Defendant Johns Eastern Company, Inc. (Doc. 19) is **DENIED AS MOOT**.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 21, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party